In the Matter of the Claim of W. H. RYAN, Respondent, against W. H. IVES and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of EDWARD SAMPSON, Respondent, against EDWARD BOVEE or GUY PERKINS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award against the appellants Perkins and United States Fidelity and Guaranty Company, affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Hinman, Whitmyer and Hasbrouck, JJ., concur; Davis, J., dissents on the ground that no notice of injury was given to the employer, and that there was no evidence upon which to base finding that the employer was not prejudiced by want of notice.

In the Matter of the Claim of ANTHONY SEAMAN and Another, Respondents, against CHEVROLET MOTOR COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of Mrs. JOSEFA VALEZ, Respondent, against SHIRRFORD REALTY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of HAROLD WHITE, Respondent, against DANIEL H. SWEEZY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed, and claim remitted, with costs against the State Industrial Board to abide the event, to take further proof as to the permanency of the injury and the percentage loss. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ., concur.

In the Matter of the Claim of ANTONINA WRZYKOWSKI, Respondent, against GREAT LAKES PORTLAND CEMENT CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of BERL WAGNER, Respondent, against WILSON & COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.†— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.